FILED
JUL 30 2008
[COURT STAMP] OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2488-WQH |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ANGELICA VOLQUARDSEN, | |
| Defendant. | |

The United States Attorney charges:

On or about June 30, 2008, within the Southern District of California, defendant ANGELICA VOLQUARDSEN, did knowingly and intentionally import approximately 38.54 kilograms (84.78 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/28/08

KAREN P. HEWITT
United States Attorney

[signature]
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
7/25/08