AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUL 3 0 2008
CLERK,
SOUTHERN DIST...
BY ... DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANGELICA VOLQUARDSEN | CASE NUMBER: 08cr2488-WQH / 08mj6593 |

I, ANGELICA VOLQUARDSEN, the above named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/30/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____ for William W. Brown
Counsel for Defendant

Before _____
Judicial Officer